JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARK KLEIMAN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION; OFFICE OF THE INSPECTOR GENERAL,

Defendants.

Case No. 24-cv-6051-SB-RAO

**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to the parties' stipulation, all claims in this action are voluntarily dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

Dated: August 19, 2026

Stanley Blumenfeld, Jr.
United States District Judge